LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-02799-BRO (AJWx) | Date | June 8, 2016 |
|---|---|---|---|
| Title | REYES CALBILLO ET AL. V. WELLS FARGO BANK, N.A. ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court is Defendant Wells Fargo Bank N.A.'s ("Defendant") Motion to Dismiss Plaintiffs Reyes Calbillo and Irene Calbillo's (collectively, "Plaintiffs") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 11.) The hearing of this motion is scheduled for June 27, 2016. (*See id.*) Central District Local Rule 7-9 requires oppositions to be filed no later than twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Thus, Plaintiffs' opposition, if any, was due no later than June 6, 2016. To date, however, Plaintiffs have failed to oppose Defendant's Motion. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendant's Motion. **Both (1) Plaintiffs' response to this Order and (2) Plaintiffs' opposition to Defendant's Motion, if any, shall be filed by no later than Monday, June 13, 2016, at 12:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiffs' failure to timely oppose. If Plaintiffs fail to respond, the Court may grant Defendant's Motion to Dismiss pursuant to Local Rule 7-12. Assuming Plaintiffs timely respond, Defendant's reply will be due no later than Monday, June 20, 2016, at 12:00 p.m.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |